UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 1:09-cv-00643-MV-ACT

| | |
|---|---|
| TERRY LATHAM,<br><br>                    Plaintiff,<br><br>vs.<br><br>BOARD OF EDUCATION OF THE<br>ALBUQUERQUE PUBLIC SCHOOLS,<br><br>                    Defendant. | STIPULATION OF DISMISSAL<br>     WITH PREJUDICE |

Under FED. R. CIV. P. 41(a)(1)(A)(ii) and the Order entered by the United States Court of Appeals for the Tenth Circuit on November 14, 2011, Plaintiff dismisses all remaining claims in this action with prejudice.

Respectfully submitted,

/s/ Daniel M. Faber
Daniel M. Faber
Counsel for Plaintiff
dan@danielfaber.com
4620C Jefferson Lane NE
Albuquerque, NM 87109
(505) 830-0405

/s/ Julia Broggi
Julia Broggi
Nathan T. Nieman
Counsel for Defendant
jxb@modrall.com
P.O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800