# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 03, 2012 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Matthew (NMalb) Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:**     **11-2217, Latham v. Board of Education Albuquerque**
             Dist. docket: 1:09-CV-00643-MV-ACT

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Daniel Faber
        Arthur D. Melendres
        Nathan T. Nieman
        Alex Walker

EAS/bv